IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-38-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM LEONARD, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Change of Plea hearing set for Friday, September 9, 2022 at 3:30 p.m., is **VACATED** and **RESET** for **Friday, September 9, 2022 at 1:30 p.m.**, changing the time of the hearing only.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 6th day of September, 2022.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1