IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-38-BLG-SPW-2 |
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| WILLIAM LEONARD, | |
| Defendant. | |

Whereas, in the indictment in the above-captioned case, the United States

sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of

the defendant used or intended to be used to facilitate, or as proceeds of said

violation;

And whereas, the defendant entered into a plea agreement wherein he agreed

to plead guilty the indictment, which charged him with possession with intent to

distribute methamphetamine;

1

And whereas, the defendant, pursuant to the plea agreement with the United States, agreed not to contest, or assist others in contesting, the forfeiture sought in the charging document to which the defendant pleaded guilty;

And whereas, by virtue of said guilty plea, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

And whereas, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- Springfield Armory, model XDM, .45 ACP caliber semi-automatic pistol SN: MG683402.

And whereas, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3. The United States is directed to return the property to its identified

innocent owner, William Janovich.

DATED this _19_ day of April, 2023.

SUSAN P. WATTERS
United States District Court Judge

3